IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                          PLAINTIFF

v.                                NO. 4:21-cv-00476-LPR-ERE

RODNEY WRIGHT, Sheriff;
GANN, Corporal; CASTLEBERRY,
Deputy; THOMPSON, Deputy; BLAIR,
Deputy; ZACH MILAM; DOES, Officers;
TONYA PARKER, Sergeant; ASTON,
Officer; NAVARAO, Rover; JENKINS;                                     DEFENDANTS
DAVIS, Court Officer

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin.  Judge

Ervin recommends dismissal of Plaintiff Paul Criswell's claims against Defendants Wright, Gann,

Castleberry, Thompson, Blair, Milam, Parker, and Jenkins.  The Court has also received a partial

objection from Mr. Criswell.  Mr. Criswell objects to the dismissal of Defendants Wright, Parker,

and Jenkins.  After a careful and *de novo* review of these documents and the entire record in this

case, the Court concludes that the Recommendation should be, and hereby is, approved and

adopted as this Court's findings in its entirety as to Wright, Gann, Castleberry, Thompson, Blair,

and Milam.  Mr. Criswell's claims against those Defendants are DISMISSED, without prejudice,

and the Clerk is instructed to terminate those individuals as party Defendants.

With respect to Parker and Jenkins, the Court requests that Judge Ervin consider Doc. 16

as a supplement to the operative Complaint and determine whether the allegations in that document

get Mr. Criswell over the screening hill.  The Court takes no position on that issue; the Court wants

Judge Ervin to have the first crack at that analysis.[1]

---

[1] The partial objection's allegations against Defendant Wright are entirely conclusory and so don't require additional analysis by Judge Ervin.

IT IS SO ORDERED this 4th day of November 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE