# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PAUL CRISWELL**                                                                            **PLAINTIFF**

**v.**                                              **Case No. 4:21CV00476-LPR-JTK**

**RODNEY WRIGHT,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed, and the time to do so has expired.   After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.        Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 33) is GRANTED.

2.        Plaintiff's claims against the remaining Defendants (Parker, Aston, Navaro, Jenkins, Davis, and Does) be DISMISSED without prejudice for failure to exhaust.

3.        Plaintiff's Complaint, as amended (Doc. No. 13) be DISMISSED without prejudice.

4.        The Court certifies that an in forma pauperis appeal from this Order would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

DATED this 27th day of May 2022.

                                                           _____

                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE