IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**                                                                                       **PLAINTIFF**

v.                                         Case No. 4:21CV00476-LPR-JTK

**RODNEY WRIGHT, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date and previous orders in this case, it is considered, ordered, and adjudged that plaintiff Paul Criswell's operative complaint (and this entire case) is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the orders and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE